# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

IBEW LOCAL NO. 7 HEALTH & WELFARE
FUND, ET AL
    V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-30220 - KPN

LAPINSKI ELECTRIC, INC.

TO: (Name and address of Defendant)

Lapinski Electric
170 Montgomery Street
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS            November 15, 2004

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

November 22, 2004

I hereby certify and return that on 11/19/2004 at 12:40 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to FELIX RIOS, AGENT IN CHARGE, person in charge at the time of service for LAPINSKI ELECTRIC, INC., 170 MONTGOMERY Street, CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing ($1.00), Attestation X 1 ($5.00) Total Charges $39.76

_____
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                      Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.