UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 PENSION FUND, TRUSTEES OF IBEW LOCAL NO. 7 ANNUITY FUND and TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LAPINSKI ELECTRIC, INC.<br><br>Defendant. | C.A. No. 04-30220-KPN |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Lapinski Electric, Inc., 170 Montgomery Street, Chicopee, MA 01020 in the above-captioned action. Defendant Lapinski Electric, Inc. was served with the complaint on November 19, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Respectfully submitted,

Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for Plaintiffs