# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Trustees of IBEW Local no. 7 Pension Fund,
Trustees of IBEW Local no. 7 Annuity Fund
and Trustees of IBEW Local no. 7 Health &
Welfare Fund,
            **Plaintiff**

CIVIL ACTION

NO. 3:04-CV-30220-KPN

**V.**

**Lapinski Electric, Inc.**
            **Defendants**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Trustees of IBEW Local no. 7 Pension Fund, et al., for an order of Default for failure of the Defendant, Lapinski Electric, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 22 day of December, 2004.

                                        Tony Anastas, Clerk

                  **By:**   /s/ *Maurice G Lindsay*
                            Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

- ❏    Plaintiff's Counsel Aaron D. Krakow
- ❏    Defendant Lapinski Electric, Inc.