UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7   )
PENSION FUND, ET AL.,          )
              Plaintiffs    )
                             )
    v.                            )   Civil Action No. 043-30220-MAP
                             )
LAPINSKI ELECTRIC, INC.,       )
              Defendant     )

SCHEDULING ORDER
January 31, 2005

NEIMAN, U.S.M.J.

     Plaintiffs' motion for entry of default judgment (Document No. 5) has been referred to this court pursuant to 28 U.S.C. § 636. A hearing is scheduled for February 15, 2005 at 2:00 p.m. and the court will proceed via a report and recommendation. *See Conetta v. Nat'l Hair Care Centers, Inc.*, 236 F.3d 67, 72-75 (1st Cir. 2001). Based on the well-pleaded allegations of the complaint, the court intends to recommend a finding of liability. Nevertheless, Plaintiffs will be expected at the hearing to present evidence, including testimony if necessary, establishing the damages sought. *See Eisler v. Stritzler*, 535 F.2d 148, 153-54 (1st Cir. 1976). Although Plaintiffs purport to request a specific amount in damages ($122,584.98), they are not seeking a "sum certain" as that term is used in Fed. R. Civ. P. 55(b)(1). *See Conetta*, 236 F.3d at 73.

     IT IS SO ORDERED.

                                               /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge