UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


TRUSTEES OF IBEW LOCAL NO. 7    )
PENSION FUND, ET AL.,           )
                    Plaintiffs  )
                                )
                                )
        v.                      ) Civil Action No. 04-30220-MAP
                                )
                                )
LAPINSKI ELECTRIC, INC.,        )
                    Defendant   )


REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (Docket No. 5)
February 11, 2005


NEIMAN, U.S.M.J.

This action has been referred to the court for a report and recommendation pursuant to 28 U.S.C. § 636(b) regarding a motion for default judgment brought by Trustees of Local No. 7 of IBEW Pension, Annuity and Health & Welfare Funds ("Plaintiffs"). Lapinski Electric, Inc. ("Defendant"), is alleged in the complaint to have failed to make payments to Plaintiffs pursuant to a collective bargaining agreement in violation of the Employee Retirement Income Security Act of 1974 ("ERISA"). Defendant has neither appeared in this action nor otherwise responded to Plaintiffs' motion for default (since allowed by the clerk) or Plaintiffs' motion for default judgment. A default entered on December 22, 2004.

The court initially viewed Plaintiffs' motion as seeking neither a "sum certain" nor "a sum which can by computation be made certain" and, therefore, as not arising under

Fed. R. Civ. P. 55(b)(1) -- as Plaintiffs claimed -- but under Rule 55(b)(2).[1]  Accordingly,

the court, as per its practice in Rule 55(b)(2) cases, scheduled a hearing so that

Plaintiffs could present evidence, including testimony if necessary, establishing the

damages sought.  *See Eisler v. Stritzler*, 535 F.2d 148, 153-54 (1st Cir. 1976).  *See*

*also Conetta v. Nat'l Hair Care Centers, Inc.*, 236 F.3d 67, 72-75 (1st Cir. 2001)

---

[1]  In full, subsection (b) of Rule 55 provides as follows:

**(b) Judgment.**  Judgment by default may be entered as follows:

> **(1) By the Clerk.**  When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

> **(2) By the Court**.  In all other cases the party entitled to a judgment by default shall apply to the court therefor; but no judgment by default shall be entered against an infant or incompetent person unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein.  If the party against whom judgment by default is sought has appeared in the action, the party (or, if appearing by representative, the party's representative) shall be served with written notice of the application for judgment at least 3 days prior to the hearing on such application.  If, in order to enable the court to enter judgment or to carry it into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct such hearings or order such references as it deems necessary and proper and shall accord a right of trial by jury to the parties when and as required by any statute of the United States.

2

(holding that where motion for default judgment arises under Rule 55(b)(2), a magistrate judge can, at most, recommend damages to the district judge after an evidentiary hearing).

Plaintiffs have since moved for reconsideration, arguing that their motion properly arises under Rule 55(b)(1) insofar as it is supported by an affidavit establishing damages and taxable costs in the amount of $122,584.98.  The court has this day allowed Plaintiffs' motion for reconsideration and, essentially for the reasons stated therein, finds their argument well-founded.  As in *Massachusetts Carpenters Central Collection Agency v. EAG Construction & Installation*, Civil Action No. 04-11123-NG, a virtually identical action cited in their motion for reconsideration, Plaintiffs have adequately calculated as a sum certain the following damages and costs through December of 2004:

| | |
|---|---|
| principal damages | $115,915.60 |
| ERISA interest | 4,829.81 |
| liquidated damages | 4,829.81 |
| attorney's fees | 820.00 |
| costs | 189.76 |
| **Total** | **$122,584.98** |

Accordingly, the court hereby RECOMMENDS that the district court ORDER the

3

clerk to enter a default judgment against Defendant in the amount of $122,584.98.[2]

DATED: February 11, 2005

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge

---

[2] The parties are advised that under the provisions of Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party who objects to these findings and recommendations must file a written objection with the Clerk of this Court **within ten (10) days** of the party's receipt of this Report and Recommendation.  The written objection must specifically identify the portion of the proposed findings or recommendations to which objection is made and the basis for such objection.  The parties are further advised that failure to comply with this rule shall preclude further appellate review by the Court of Appeals of the District Court order entered pursuant to this Report and Recommendation.  *See Keating v. Secretary of Health & Human Services*, 848 F.2d 271, 275 (1st Cir. 1988); *United States v. Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 604 (1st Cir. 1980).  *See also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985).  A party may respond to another party's objections within ten (10) days after being served with a copy thereof.

4