UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
TRUSTEES OF IBEW LOCAL NO. 7 )
PENSION FUND, ET AL,         )
        Plaintiffs           )
                             )
            v.               ) CIVIL ACTION NO. 04-30220-MAP
                             )
LAPINSKI ELECTRIC, INC.,     )
        Defendant            )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION
WITH REGARD TO PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT
(Docket No. 9)

March 14, 2005

**PONSOR, D.J.**

This action was filed seeking damages based upon the failure of the defendant to make payments pursuant to a collective bargaining agreement. The defendant neither appeared nor responded to plaintiffs' complaint, and a Motion for Default Judgment was eventually filed.

The court referred the motion to Magistrate Judge Kenneth P. Neiman for report and recommendation. Upon reconsideration of an earlier ruling, on February 11, 2005, Judge Neiman issued his recommendation, to the effect that the Motion for Default Judgment should be allowed pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $122,594.98. No objection has been filed to the Report and Recommendation.

**Based upon the foregoing, and upon <u>de</u> <u>novo</u> review, the court hereby adopts the Report and Recommendation of Magistrate Judge Neiman dated February 11, 2005. The plaintiffs' Motion for Default Judgment (Docket No. 5) is hereby ALLOWED. The court orders the clerk to enter judgment for the plaintiffs in this matter in the amount of $122,584.98. The case may now be closed.**

**It is So Ordered.**

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```