# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO 7
PENSION FUND ET AL.,

   Plaintiff(s)

       v.                                      CIVIL ACTION NO. 3:04-30220-MAP
LAPINSKI ELECTRIC, INC.,

   Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

**[ ]  Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Trustees of IBEW Local No 7 Pension Fund, et al., against the defendant Lapinski Electric, Inc., pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for default judgment in the amount of $122,584.98.

                                               SARAH A. THORNTON,
                                               CLERK OF COURT

Dated:  March 14, 2005                    By  /s/ *Maurice G. Lindsay*
                                                   Maurice G. Lindsay
                                                 Deputy Clerk